**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed January 24, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-22-00743-CR

---

**THE STATE OF TEXAS, Appellant**

**V.**

**HERBERTO PEREZ JUNIOR, Appellee**

---

**On Appeal from the 405th District Court
Galveston County, Texas
Trial Court Cause No. 20-CR-0441**

---

### M E M O R A N D U M     O P I N I O N

This is an appeal from an order signed September 27, 2022 granting a motion to suppress. The State has filed a written request to dismiss the appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant the State's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court to issue the mandate of the court immediately. *See* Tex. R. App. P. 2.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.

Do Not Publish — Tex. R. App. P. 47.2(b).